IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MELVIN TATE,

    Plaintiff,                      No. CIV S-06-0103 LKK GGH P

    vs.

CALIFORNIA DEPARTMENT
OF CORRECTIONS, et al.,

    Defendants.             ORDER

_____/

        Plaintiff, a state prisoner at Mule Creek State Prison, has filed a letter, seeking an order to be transferred to another facility so that he may seek treatment for a "sexual disorder." Plaintiff includes as an exhibit a copy of a portion of a July 27, 2004 order in Coleman v. Schwarzenegger, et al., CIV-S-90-0520 LKK JFM P.

        No other pleadings have been filed by the plaintiff. In order to commence an action, plaintiff must file a complaint as required by Rule 3 of the Federal Rules of Civil Procedure, and plaintiff must either pay the required filing fee or file an application requesting leave to proceed in forma pauperis.[1]  See 28 U.S.C. §§ 1914(a), 1915(a). The court will not issue any orders granting or denying relief until an action has been properly commenced.

---

[1] If leave to file in forma pauperis is granted, plaintiff will still be required to pay the filing fee but will be allowed to pay it in installments.

1

1  Plaintiff is advised that this court does not serve as an enforcement authority for
2  any program mandated under Coleman, supra.  Plaintiff's letter request will be denied.  Plaintiff
3  will be provided the opportunity to file his complaint and to submit an application requesting
4  leave to proceed in forma pauperis or to submit the appropriate filing fee.
5  In accordance with the above, IT IS HEREBY ORDERED that:
6  1.  Plaintiff's January 17, 2006 letter request is denied without prejudice;
7  2.  Plaintiff is granted thirty days from the date of service of this order to file a
8  complaint that complies with the requirements of the Civil Rights Act, the Federal Rules of Civil
9  Procedure, and the Local Rules of Practice; the complaint must bear the docket number assigned
10 this case; plaintiff must file an original and two copies of the complaint.  Plaintiff shall also
11 submit, within thirty days from the date of this order, the application to proceed in forma
12 pauperis on the form provided by the Clerk of Court, or the filing fee in the amount of $250.00.
13 Plaintiff's failure to comply with this order will result in a recommendation that this matter be
14 dismissed; and
15 3.  The Clerk of the Court is directed to send plaintiff the court's form for filing a
16 civil rights action, and the application to proceed in forma pauperis by a prisoner.
17 DATED: 2/14/06

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

GGH:009/bb
tate0103.noc

2